# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:                April 20, 2012

Courtroom Deputy:    Nel Steffens
Court Reporter:      Tracy Weir
Interpreter:         Cathy Bahr
Probation Officer:   Michelle Means

---

**Criminal Action No. 11-cr-00509-REB**

*Parties:* | *Counsel:*
--- | ---
UNITED STATES OF AMERICA, | Shana Martin
   Plaintiff, |
v. |
1. ELIU MONTES-GARCIA, | Matthew Belcher
   Defendant. |

---

## SENTENCING MINUTES

---

**11:01 a.m.   Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel declines the opportunity to make a statement.

Defendant declines the opportunity for allocution.

Government declines the opportunity to make a statement.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

   **IT IS ORDERED** as follows:

   1. That the plea agreement of the parties as presented in Court's Exhibits 1, 1a, 2, and 2a is formally approved;

   2. That the **Defendant's Motion for Downward Sentencing Variance** [#21] filed April 5, 2012, is **GRANTED**;

   3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count 1 of the Indictment;

   4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **eight (8) months**;

   5. That no term of supervised release is imposed, but that the defendant is now advised that if he enters, remains, or is found in the United States illegally, or if he possesses or uses illegally a controlled substance, or if he possesses or uses a firearm, destructive device or weapon as defined in our federal law at 18 U.S.C. § 921, then he may be subject to further prosecution in federal court;

   6. That no fine is imposed;

   7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

   8. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

10. That the defendant is remanded to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**11:15 a.m.   Court in recess.**

Total time in court:   00:14

Hearing concluded.